CC: USPO
USMS
US Att.

PROB 12C

## United States District Court
### for the District of Utah

FILED
U.S. DISTRICT COURT

## Petition and Order for Warrant for Offender Under Supervision

2010 MAR -9 P 2: 04

Name of Offender: **Harrison David Burrows**          Docket Number: **2:04-CR-00495-001-TC**

Name of Sentencing Judicial Officer:    **Honorable David K. Winder**
**Senior U.S. District Judge**
**(Now assigned to Tena Campbell, Chief U.S. District**
**Judge)**

Date of Original Sentence: **January 10, 2005**                 3:10-mj- 00016

Original Offense:    **Destruction of Property by Fire**
Original Sentence:    **30 Months Bureau of Prisons Custody/36 Months Supervised Release**

Type of Supervision: **Supervised Release**                 Supervision Began: **March 23, 2007**

### PETITIONING THE COURT

[ X ]    To issue a warrant and          Last known address:  3 Kings Court, Ona, West Virginia 25545
toll the supervision term

### CAUSE

The probation officer believes that the offender has violated the conditions of supervision as follows:

**Allegation No. 1:**      On or about February 28, 2010, the defendant committed another federal, state
or local crime, to wit: possessed a controlled substance, to wit:  Ectasy
(Felony).

Evidence in support of this allegation includes Portsmouth Municipal Court Criminal Complaint No.
65406.

**Allegation No. 2:**      The defendant traveled outside the judicial district without the permission of
the Court or the U.S. Probation Officer.

Evidence in support of this allegation includes an Ohio State Highway Patrol Incident Report No. 10-
000034-0973.

I declare under penalty of perjury that the foregoing is true and correct.

Mary Schuman
U.S. Probation Officer
Date:  March 9, 2010

A TRUE COPY CERTIFIED ON

MAR 24 2010

TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

By _____ Deputy

FILED

MAR 2 4 2010

TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

PROB 12C

Harrison David Burrows
2:04-CR-00495-001-TC

## THE COURT ORDERS:

[X] The issuance of a warrant
    and tolling of the supervision term

[ ] The issuance of a summons

[ ] No action

[ ] Other

Honorable Tena Campbell
Chief U.S. District Judge

Date:  March 9, 2010

AO 442

# United States District Court

### DISTRICT OF UTAH - CENTRAL DIVISION

UNITED STATES OF AMERICA

V.

Harrison David Burrows

## WARRANT FOR ARREST

### CASE NUMBER: 2:04CR00495-001-TC

To:    The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ **HARRISON DAVID BURROWS**

Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information

☐ Complaint    ☐ Order of court    ☒ Violation Notice    ☐ Probation Violation Petition

☐ Supervised Release Violation Petition

charging him or her with (brief description of offense)

**Alleged Violation of Supervised Release**

in violation of _____ United States Code.

D. Mark Jones
Name of Issuing Officer

Signature of Issuing Officer

By:
Deputy Clerk

Clerk of Court
Title of issuing Officer

March 9, 2010 at Salt Lake City, Utah
Date and Location

Bail fixed _____ by _____
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |